Abraham Tiggs F18763
Pro. se
San Quentin State Prison
San Quentin CA 94974



FILED
NOV 16 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United State District Court
Northern District of California

Abraham Tiggs
    Plaintiff

v.

B. Curry. Et. AL
    Defendants.

No. C-07-02620 SBA

Request For Order
Changing Time
Pursuant To Civil
Local Rule 6-2.

Plaintiff Abraham Tiggs, a state prisoner at the time his Civil Right Action under 42. U.S.C Section 1983 was filed on may, 3, 2007, accompanied with his petition to the court to proceed in forma pauperis with an attached prison trust account statement covering the three month period befor he filed his complaint, recieved a court order on November 14, 2007. Signed and dated on November 5, 2007. by

1 of 4

United State District Court Judge Saundra B. Armstrong. directing plaintiff Tiggs to file copies of the certificate of funds and his prisoner trust account statement for the six month period immediately proceding the filing of the action on may, 3, 2007. it was so ordered for, mr. Tiggs to file said documents within 30 days of the date of the order.

Plaintiff Tiggs move for stipulated Request for order changing time. Plaintiff did not recieve acknowledgments of said order until november 13, 2007. obviously due to institutional mail delivery process., and coinciding with the fact that plaintiff Tiggs will be release from state custody on november, 21, 2007. it's not possible that plaintiff Tiggs would be able to secure the court order, documents for filing within deadline period. I, request the court to allow me an additional 30 days from the deadline date to file the court order document

the requested time modification would have no effect on the shedule for this case

I, declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my case

executed on november 14, 2007,
Abraham Tripp

# DECLARATION OF SERVICE BY MAIL

I, __Abraham Tiggs__, the undersigned, declare:
Printed Name of Declarant

I am over the age of 18 years, a citizen of the United States of America, and am not a party to the cause within. My residence address is:

CDC No. __F18763__   Housing __1-D-21 U__
San Quentin State Prison
San Quentin, CA 94974

On __11__ __14__, __07__, I served the following document(s):
    Month/Day     Year

__A three page request for order changing time pursuant to Local Rule 6-2.__

on the parties and at the addresses described below by placing the pleadings in a sealed envelope, with postage fully prepaid, and presented said item(s) to Corrections Department staff for mailing in the United States Mail as per the rules and regulations governing outgoing legal mail at San Quentin State Prison.

__United State District Court
1301 Clay St. Suite 400 S Oakland CA
94612-5272__

I swear under penalty of perjury that the foregoing is true of my own personal knowledge. Executed on this __14__ day of __November__, __2007__, at San Quentin, CA, County of Marin.

__Abraham Tiggs__
Signature of declarant





Abraham Tiggs F18763
San Quentin State Prison
San Quentin, CA 94974 M.

United State District Court
Northern District of California
1301 Clay St. Suite 400 S
Oakland, CA 94612-5212

Legal - Confidential Correspondence