Abraham. Tiggs. F18763
Pro Se
San Quentin State Prison
San Quentin CA 94974.



**FILED**
NOV 2 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United State District Court
Northern District of California



| Abraham Tiggs. | CV-07-02620 SBA |
| Plaintiff | |
| v | Notice of Change |
| B. Curr. Et. AL. | of Address. |
| Defendants. | |

<u>Attention: United State District Court, and Defendants B. Curry Et. AL.</u>

Notice: of Change of Address is hearby giving that plaintiff Abraham Tiggs is no longer residing in the California Department of corrections, at San Quentin State Prison.

As of November 22, 2007. Plaintiff Tiggs new mailing Address is as following....

172. 6th Street. Apt #510, San Francisco CA 94103.

## Declaration of Service By Mail

I, Abraham Tiggs, the undersigned declare:

I am over the age of 18 years, a citizen of the United States of America, and is a party to the cause within. My residence address is:

172 6t Street, Apt #510
San Francisco CA 94103.

On, 11-22-2007, I served the following document(s):

NOTIC OF CHANGE OF ADDRESS

on the parties and at the address decribed below by placing the pleadings in a sealed envelope, with postage fully prepaid, and address to the person(s) hereinafter listed by depositing said envelope in the U.S. Mail located in the city of San Francisco CA.

1. U.S. District Court: 1301 Clay St, Suite 400S Oakland CA. 94612. / *2. B. Curry (Warden) AL etc. Correctional Training Facility. P.O. Box 705, Soledad CA 93960.

I, swaar, under penalty of perjury that the foregoing is true of my own personal knowledge. Executed on 11-22, 2007 at San Francisco CA

Abraham Tiggs

Abraham. Tiggs.
192 6th St, Apt #510
San Francisco CA 94103

SAN FRANCISCO CA 941
23 NOV 2007 PM 9
USA 41



U.S. District Court
1301 Clay St, Suite 400S
Oakland CA 94612