Abraham Tiggs F18763
Pro, se.
172 6th Street. Apt # 510
San Francisco CA 94103

FILED
NOV 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States District Court
Northern District of California

Lodge Requested For
Requested Trust Account
Statment.

In Re: CIV-07-02620 S.B A

Pro, se plaintiff Abraham Tiggs, request that the hearin attached copy of his memorandum to San Quentin's trust office, dated November 22, 2007 requesting copies of his trust account statement. be lodge with this court.

Respectfully Submitted
11-22-07, Abraham Tiggs

Memorandum

Date: November 20, 2007.

TO: San Quentin's Trust office.

From: Inmate Tiggs F18763

Subject: Request For Trust Account Statement & Certification."

Dear. Trust office.

I, Abraham Tiggs is due to parole. 11-22-07. However, In pursuant to a order by United States District Court Judge. Saundra. B. Armstrong. In regards to Civ-07-02620. SBA. I, was order to submit to said a copy of my Trust Account covering the period of May 3, 2007. and November, 22, 2007.

However, I, am aware that San Quentin's trust office "only have a account in my name covering the period between August, 21, 2007 and November 22, 2007.

Please! Forward to me my trust account statment for that 90 days period with a certification of funds statement.

1 of 2

Parolee Tiggs F18763, is no longer in custody my mailing address is as following.....

172. 6th st, Apt #510,
San Francisco, CA 94103.

I, declare under penalty of pursury that the foregoing is true, and correct.

Executed on 11 22 2007 at San Francisco CA.

*Abraham Tyr* (signature)

2 of 2.

Declaration of Service By mail

I, Abraham Tiggs the undersigned declare:

I, am over the age of 18, years. a citizen of the United States of America. and is a party to the cause within. my residence address is: 172 6th St, Apt# 510, San Francisco CA 94103.

On, 11-22-07, I served the following document

<u>Request For Trust Account statment</u>

on the parties, and at the address decribed below by placing the pleading in a sealed envelop with postage fully pre-paid and address to the persons) hereinafter listed by depositing said envelop in the U.S. mail located in the city of San Francisco CA.

        Records / Trust offic
        San Quentin State Prison
        San Quentin CA 94974

I swear under penalty of perjury of the laws of this state that the foregoing is true of my personal knowledge.
Execut on, 11-22-07    Abraham Tiggs