IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM TIGGS,<br><br>        Plaintiff,<br><br>    v.<br><br>B. CURRY, et al.,<br><br>        Defendants. | No. C 07-02620 SBA (PR)<br><br>**ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO FILE COPIES OF CERTIFICATE OF FUNDS AND PRISONER TRUST ACCOUNT STATEMENT** |

Plaintiff, a state prisoner, filed this pro se civil rights action under 42 U.S.C. § 1983. On that same date, the Clerk of the Court sent Plaintiff a notice directing him to pay the filing fee or to file a completed in forma pauperis (IFP) application. Plaintiff filed a completed IFP application; however, he attached a copy of his prison trust account statement covering the three-month period before he filed his complaint (instead of the required six-month period) and an unsigned Certificate of Funds form. On the same date that he filed his complaint, Plaintiff informed the Court that on May 3, 2007, he submitted his prison trust account statement and a blank Certificate of Funds form to Correctional Counselor Terry. Plaintiff claims that Correctional Counselor Terry "refused to signe [sic] the certificate document for no apparent reason other than to delay and/or obstruct [his] access to the court." (Pl.'s Decl. at 1-2.) Plaintiff filed a 602 inmate appeal on May 3, 2007 regarding this incident. Plaintiff's 602 appeal was screened out on May 7, 2007 because Plaintiff did not submit his appeal for review at the informal level.

In an Order dated November 5, 2007, the Court ordered Plaintiff to file copies of his Certificate of Funds and prisoner trust account statement.

1  On November 16, 2007, Plaintiff filed a request for an extension of time to file copies of his
2  Certificate of Funds and prisoner trust account statement.
3  On November 26, 2007, Plaintiff informed the Court that he was due for parole on November
4  22, 2007 and that he has requested a copy of his prison trust account statement from August 21,
5  2007 to November 22, 2007 because "San Quentin's trust office 'only have [sic] a [sic] account in
6  [his] name covering the period between August 21, 2007 and November 22, 2007.'"
7  On November 26, 2007, Plaintiff also filed a Notice of Change of Address.
8  Having read and considered Plaintiff's request for an extension of time and the documents in
9  support of his request, and good cause appearing,
10 IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED.
11 The time in which Plaintiff may file copies of his Certificate of Funds and prisoner trust account
12 statement for the six-month period immediately preceding the filing of the action will be extended
13 up to and including **thirty (30) days** from the date of this Order.
14 **Failure to file copies of his Certificate of Funds and prisoner trust account statement as**
15 **ordered herein by the thirty-day deadline shall result in the dismissal of this action without**
16 **prejudice.**
17 This Order terminates Docket no. 6.
18 IT IS SO ORDERED.

DATED: 11/29/07

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

<b>United States District Court</b><br>For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM TIGGS,<br>　　　　Plaintiff,<br>　v.<br>B. CURRY, ET AL et al,<br>　　　　Defendant. | Case Number: CV07-02620 SBA<br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Abraham T. Tiggs F-18763
172 6th Street
Apt. #510
San Francisco, CA 94103

Dated: November 30, 2007

　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　By: LISA R CLARK, Deputy Clerk