IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM T. TIGGS,<br><br>    Plaintiff,<br><br>  v.<br><br>B. CURRY, et al.,<br><br>    Defendants.<br>_____ / | No. C 07-02620 SBA (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

    Plaintiff, a former state prisoner, filed the present pro se complaint under 42 U.S.C. § 1983. In an Order dated January 17, 2008, the Court informed him that his action could not go forward until he paid the filing fee or filed a completed non-prisoner's in forma pauperis application. The Court ordered the Clerk of the Court to send Plaintiff a blank non-prisoner's in forma pauperis application. The Court informed Plaintiff that he must pay the fee or return the completed application within thirty days or his action would be dismissed. More than thirty days have passed and Plaintiff has not paid the filing fee, returned the non-prisoner's in forma pauperis application or otherwise communicated with the Court.

    Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

DATED: 2/27/08

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.07\Tiggs2620.DISIFP-nonPrisoner.frm

**United States District Court**
For the Northern District of California

1

2  UNITED STATES DISTRICT COURT

3  FOR THE

4  NORTHERN DISTRICT OF CALIFORNIA

5

6

7  ABRAHAM TIGGS,                                        Case Number: CV07-02620 SBA

8        Plaintiff,                                          **CERTIFICATE OF SERVICE**

9  v.

10  B. CURRY, ET AL et al,

11        Defendant.
                                                    /
12

13  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

14

15  That on February 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

16

17

18
Abraham T. Tiggs F-18763
19  172 6th Street
Apt. #510
20  San Francisco, CA 94103

21  Dated: February 28, 2008

                                      Richard W. Wieking, Clerk
22                                        By: LISA R CLARK, Deputy Clerk

23

24

25

26

27

28