IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ABRAHAM TIGGS,

        Plaintiff,

 v.

B. CURRY, et al.,

        Defendants.                   /

No. C 07-02620 SBA (PR)

**JUDGMENT**

    The Court has dismissed this action without prejudice because Plaintiff failed to complete the non-prisoner in forma pauperis application or pay the filing fee. A judgment of dismissal without prejudice is entered. The Clerk of the Court shall terminate all pending motions and close the file.

    IT IS SO ORDERED.

DATED: 2/27/08

                                       SAUNDRA BROWN ARMSTRONG
                                       United States District Judge

P:\PRO-SE\SBA\CR.07\Tiggs2620.jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM TIGGS, | Case Number: CV07-02620 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| B. CURRY, ET AL et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Abraham T. Tiggs F-18763
172 6th Street
Apt. #510
San Francisco, CA 94103

Dated: February 28, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.07\Tiggs2620.jud.wpd    2